

1  KAREN P. HEWITT
   United States Attorney
2  DAVID M. McNEES
   Special Assistant U.S. Attorney
3  California State Bar No. 216612
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5979
   E-mail: david.mcnees@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8              UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )    Civil No. 08 CV 0703 LAB NLS
                                       )
11              Plaintiff,             )    COMPLAINT FOR
                                       )    FORFEITURE
12       v.                            )
                                       )
13  ONE 1999 FORD F-350 TRUCK,         )
    CA LICENSE NO. 7S45250,            )
14  VIN 1FTSW31FXXEC08511,             )
    ITS TOOLS AND APPURTENANCES,       )
15                                     )
                Defendant.             )
16  _____)

17       For its claim against the defendant,

18       ONE 1999 FORD F-350 TRUCK, CA LICENSE NO. 7S45250,
         VIN 1FTSW31FXXEC08511, ITS TOOLS AND APPURTENANCES,
19

20  (hereinafter "defendant vehicle"), the United States of America alleges:

21       1.    This Court has jurisdiction over this action by virtue of the provisions of Title 28,

22  United States Code, Section 1355, and Title 21, United States Code, Section 881.

23       2.    Venue is proper in this district pursuant to Title 28, United States Code, Section 1395,

24  because the defendant property was found within this district.

25       3.    During an ongoing narcotics investigation, Drug Enforcement Agency agents placed a

26  GPS vehicle tracker on Michael David Druker's F-350 truck, California license 7S45250 from

27  October 17, 2007 until November 27, 2007. Information received from the device showed Druker

28  traveled from his primary residence at 3220 Gopher Canyon Road, Vista, CA to his secondary residence

CR

1  at 1621 Montgomery Drive, Vista, CA on a daily basis. Druker was also seen arriving at HydroBrew,

2  a hydroponics store which sells cultivation equipment for marijuana on several occasions and purchasing

3  marijuana cultivation accessories. Druker was not driving the defendant vehicle on these occasions.

4         On November 27, 2007, search warrants were executed at both residences. Each location

5  contained an indoor marijuana cultivation operation in which 1621 Montgomery Drive had 40 marijuana

6  plants seized and 3220 Gopher Canyon Road had 23 marijuana plants seized. Druker was arrested and

7  charged with California Health & Safety 11357(c) Possession of Marijuana, 11359 Possession for sales,

8  and 11358 Cultivation of Marijuana. On February 4, 2008, Druker pled guilty to Health and Safety code

9  section 11358 Cultivation of Marijuana, a felony.

10         Druker was interviewed and admitted to growing marijuana at both locations. He further

11  stated he has been selling the marijuana he grows to retail customers for at least the last two years. He

12  admitted to grossing between $18,000 to $24,000 every 8 weeks by growing and selling the marijuana

13  grown at both locations.

14         During the period beginning the first quarter of 2003 and ending the first quarter of 2007,

15  no wage earnings have been reported by the California Employment Development department by an

16  employer, and Druker has not filed for unemployment and/or disability benefits. Despite having no

17  record of income, Druker made over $4,000 of improvements to the defendant vehicle including a sound

18  system, alloy wheels, a lift kit, and a special bumper.

19      4.    On and/or prior to November 27, 2007, the defendant vehicle was a thing of value

20  furnished or intended to be furnished in exchange for a controlled substance or listed chemical in

21  violation of Title 21 of the United States Code, Section 881.

22      5.    Alternatively, on and/or prior to November 27, 2007, the defendant vehicle represented

23  the proceeds of or proceeds traceable to an exchange for a controlled substance or listed chemical in

24  violation of Title 21 of the United States Code, Section 881.

25      6.    Alternatively, on and/or prior to November 27, 2007, the defendant vehicle was used and

26  was intended to be used to transport and/or to facilitate the transportation, and/or sale, and/or receipt,

27  and/or possession, and/or concealment of a controlled substance in violation of Title 21 of the United

28  States Code, Section 881(a)(4).

2

7.    Because of the aforementioned acts or uses alleged herein, either singly or in combination, the defendant vehicle is subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(4) and (a)(6).

8.    The defendant vehicle is presently stored within the jurisdiction of this Court.

9.    The value of the defendant vehicle is approximately $15,350.00.

WHEREFORE, the United States prays that due process issue to enforce the forfeiture of the defendants, and that due notice be given to all interested parties to appear and show cause why said forfeiture should not be declared.

DATED: *April 17, 2008*

KAREN P. HEWITT
United States Attorney

DAVID M. McNEES
Special Assistant U.S. Attorney

3

## VERIFICATION

1

2    I, John Gieson, hereby state and declare as follows:

3    1.    I am a Special Agent with the Drug Enforcement Administration.

4    2.    I have read the foregoing complaint and know its contents.

5    3.    The information in the complaint was furnished by official Government sources.

6    Based on this information, I believe the allegations in the complaint to be true.

7        I declare under penalty of perjury that the foregoing is true and correct, to the best of my

8    knowledge and belief.

9    Executed on ___4/17/08___

10

11                                                JOHN GIESON
                                                  Special Agent, Drug Enforcement Administration
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | One 1999 Ford F-350 Truck |

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

SAUSA David M. McNees, Tel. (619) 557-5979
880 Front Street, Room 6293, San Diego, CA 92101-8893

Attorneys (If Known)

**'08 CV 0703 LAB NLS**

FILED
08 APR 17 AM 11: 33

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane   ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product   Med. Malpractice | ☒ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability   ☐ 365 Personal Injury - | of Property 21 USC 881 |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel &   Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander   ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers'   Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability   Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine   **PERSONAL PROPERTY** | Safety/Health |  | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product   ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability   ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle   ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle   Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability   ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal   Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting   ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment   Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/   **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations   ☐ 530 General |  | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare   ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities -   ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | Under Equal Access |
|  | Employment   ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - |  | to Justice |
|  | ☐ 446 Amer. w/Disabilities -   ☐ 555 Prison Condition | Alien Detainee |  | ☐ 950 Constitutionality of |
|  | Other | ☐ 465 Other Immigration |  | State Statutes |
|  | ☐ 440 Other Civil Rights | Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 21 U.S.C § 881

Brief description of cause:
drugs/narcotics

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE
April 17, 2008

SIGNATURE OF ATTORNEY OF RECORD
David M. McNees

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

CR