1  KAREN P. HEWITT
   United States Attorney
2  DAVID M. McNEES
   Special Assistant U.S. Attorney
3  California State Bar No. 216612
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6962
   E-mail: david.mcnees@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

FILED
'08 APR 17 AM 11:35
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ____ DEPUTY

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,              )  Civil 08 CV 0703 LAB NLS
                                          )
11                   Plaintiff,           )
                                          )  EX PARTE MOTION TO APPOINT
12       v.                               )  THE U.S. MARSHAL
                                          )  AS CUSTODIAN
13 ONE 1999 FORD F-350 TRUCK,             )
   CA LICENSE NO. 7S45250,                )
14 VIN 1FTSW31FXXEC08511,                 )
   ITS TOOLS AND APPURTENANCES,           )
15                                        )
                     Defendant.           )
16 _____)

17       COMES NOW the plaintiff, United States of America, and moves this Court for an exception

18 to General Order 273 issued by this Court, that is, for an order appointing the United States Marshal as

19 custodian of the defendant vehicle upon execution of the warrant of arrest in rem. In support of this

20 motion, plaintiff states as follows:

21       1.   The United States Marshals Service has been staffed with personnel experienced in

22 providing for the management of properties such as the defendant vehicle in this case.

23       2.   The United States Marshal has consented to assume responsibility for the protection and

24 safety of the defendant vehicle during the period the same remain in custodia legis.

25       3.   The continued custody of the United States Marshal following execution of the warrant

26 of arrest in rem is necessary and in the best interests of the plaintiff in this case.

27       4.   It is further requested that all reasonable expenditures incurred by the United States

28 Marshal be a first charge against the defendant vehicle.

1   WHEREFORE, plaintiff respectfully requests that an exception to General Order No. 273 be
2   permitted in this case and that this motion be granted.

DATED: April 17, 2008

KAREN P. HEWITT
United States Attorney

*/s/ David McNees*

DAVID M. McNEES
Special Assistant U.S. Attorney