FILED

08 APR 23 PM 12:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 08 CV 0703 LAB NLS |
| Plaintiff, ) | |
| v. ) | ORDER APPOINTING U.S. MARSHAL AS CUSTODIAN |
| ONE 1999 FORD F-350 TRUCK, ) CA LICENSE NO. 7S45250, ) VIN 1FTSW31FXXEC08511, ) ITS TOOLS AND APPURTENANCES, ) | |
| Defendant. ) | |

Upon a motion by plaintiff, United States of America, and it appearing that the United States Marshal for the Southern District of California has consented to assume responsibility for the custody and maintenance of the defendant vehicle during the time they remain in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the defendant vehicle, the United States Marshal for the Southern District of California shall be custodian of the defendant vehicle on behalf of this Court until further order.

IT IS FURTHER ORDERED that all reasonable expenditures incurred by the United States Marshals Service be a first charge against the defendant vehicle.

DATED: 4-22-08

_Larry A. Burns_
UNITED STATES DISTRICT JUDGE
**LARRY ALAN BURNS**