KAREN P. HEWITT
United States Attorney
DAVID M. McNEES
Special Assistant U.S. Attorney
California State Bar No. 216612
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-5979
Email: David.McNees@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Civil Case No. 08cv0703-LAB(NLS) |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| ONE 1999 FORD F-350 TRUCK, | ) | |
| CA LICENSE NO. 7S45250, | ) | |
| VIN 1FTSW31FXXEC08511, | ) | |
| ITS TOOLS AND APPURTENANCES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under Civil Local Rules 83.3.c.3-4.

The following government attorney (who is admitted to practice in this court or authorized to practice under Civil Local Rules 83.3.c.3-4) is also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

N/A

//

//

1    Effective this date, the following attorneys are no longer associated with this case and should

2    not receive any further Notices of Electronic Filings relating to activity in this case:

3        Name

4        N/A

5        Please call me if you have any questions about this notice.

6        DATED:  June 2, 2008

7
8                                    Respectfully submitted,

9                                    KAREN P. HEWITT
                                     United States Attorney

10                                   s/David M. McNees
                                     DAVID M. McNEES
11                                   Special Assistant U.S. Attorney
                                     Attorneys for Plaintiff
12                                   United States of America
                                     Email: David.McNees@usdoj.gov
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28