1  KAREN P. HEWITT
   United States Attorney
2  DAVID M. McNEES
   Special Assistant U.S. Attorney
3  California State Bar No. 216612
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5979
   E-mail: david.mcnees@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )    Civil No. 08cv0703-LAB(NLS)
                                    )
11            Plaintiff,            )    JOINT MOTION FOR
                                    )    JUDGMENT OF FORFEITURE
12       v.                         )
                                    )
13 ONE 1999 FORD F-350 TRUCK,       )
   CA LICENSE NO. 7S45250,          )
14 VIN 1FTSW31FXXEC08511,           )
   ITS TOOLS AND APPURTENANCES,     )
15                                  )
              Defendant.            )
16 _____)

17       The United States of America, by and through its counsel, Karen P. Hewitt, United States

18 Attorney, and David M. McNees, Special Assistant U.S. Attorney, and the claimant, David S.

19 Druker ("Claimant"), agree as follows:

20       1.   The parties have entered into this joint motion in order to resolve the matter of the

21 seizure and forfeiture of the above-referenced defendant, One 1999 Ford F-350 Truck ("defendant

22 vehicle").

23       2.   The parties have agreed to a settlement which is hereinafter described in its

24 particulars.

25       3.   The U.S. Marshals Service shall sell the defendant vehicle. Claimant shall receive

26 10% of the proceeds of the sale. The United States shall receive the remaining 90% of the

27 proceeds.

28 //

1      4.     Costs incurred by the United States incident to the seizure and custody of the defendant vehicle, if any, shall be borne by the United States.

     5.     The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465. Claimant agrees that by entering into this joint motion, he has not "substantially prevailed" within the meaning of 28 U.S.C. § 2465. Each party shall bear its own costs and expenses, including attorney fees.

     6.     Claimant warrants and represents as a material fact that he is the sole owner of the defendant vehicle and further warrants that no other person or entity has any right, claim or interest in the defendant, and that he will defend and indemnify the United States against any and all claims made against it on account of the seizure and forfeiture of the defendant vehicle.

     7.     The Claimant, his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendant.

     8.     Following forfeiture of the United States' portion and distribution of the Claimant's portion of the defendant vehicle as described above, the case shall be closed.

DATED: 6/24/08

KAREN P. HEWITT
United States Attorney

*David McNees*

DAVID M. McNEES
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
E-mail: david.mcnees@usdoj.gov

DATED: 6/18/08

*David S. Druker*
DAVID S. DRUKER
Claimant