**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>08cv0703-LAB(NLS) |
|---|---|
| DEFENDANT<br>ONE 1999 FORD F-350 TRUCK | TYPE OF PROCESS<br>DISPOSITION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DRUG ENFORCEMENT ADMINISTRATION

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
4560 VIEWRIDGE AVENUE, SAN DIEGO, CALIFORNIA 92123-1637

FILED
JUL - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KNY DEPUTY

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID M. McNEES, Special Assistant United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

DEA Case No. R2-07-0398; CATS ID 08-DEA-493021

Attached are four copies of the Order for Judgment of Forfeiture, along with four copies of the Joint Motion. Please distribute the defendant according to the terms of the Order and according to law. Please return Claimant David S. Druker's portion of the defendant to his address at 157 10th Street, Del Mar, CA 92014.

Signature of Attorney or other Originator requesting service on behalf of:
David M. McNees/ne    DAVID M. McNEES [SAUSA]    ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (619) 557-5125
DATE: 7/1/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 98 | District to Serve No. 98 | Signature of Authorized USMS Deputy or Clerk | Date 7/2/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).
Michael Tourney - Receptionist

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/2/08
Time: 1000 am
Signature of U.S. Marshal or Deputy: Andrew Rempel

| Service Fee 45 | Total Mileage Charges (including endeavors) 9.76 | Forwarding Fee | Total Charges 54.76 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |

REMARKS:

2008 JUL -1 A 9:53
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

PRIOR EDITIONS MAY BE USED    SEND ORIGINAL + 2 COPIES to USMS.    FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt